UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| KERRI EVANS<br>on behalf of F.E., a minor<br><br>    Plaintiff,<br><br>vs.<br><br><br>FRITO-LAY, INC.<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br><br><br><br><br>CASE NO: 17-1031-STA-egb |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Dismissing Case entered on August 30, 2017, this cause is hereby DISMISSED with prejudice.**

                                                        APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/30/2017                    THOMAS M. GOULD
                                   Clerk of Court

                                       s/Maurice B. BRYSON

                                   (By)  Deputy Clerk